STATE v. DAVIS

No. 545P84.

Case below: 70 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 April 1985.

STATE v. EXUM

No. 47P85.

Case below: 68 N.C. App. 357.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

STATE v. FORD

No. 58P85.

Case below: 71 N.C. App. 748.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 2 April 1985.

STATE v. GRAHAM

No. 154P85.

Case below: 73 N.C. App. 179.

Petition by defendant for writ of supersedeas and temporary stay denied 22 March 1985.

STATE v. JOHNSON

No. 33P85.

Case below: 71 N.C. App. 607.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.